**Dated: June 10, 2014,  11:25 AM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

**In the United States Bankruptcy Court
For the Western District of Oklahoma**

| | |
|---|---|
| In re: Ina Patrice Jones, ) | |
| ) | Case No. 13-10841 |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Judge Niles L. Jackson |

**ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS,
MODIFYING PLAN AND AWARDING ATTORNEY COMPENSATION**

   Upon considering the Debtor's Motion to Modify Confirmed Plan and Request for Compensation filed in the above-captioned bankruptcy proceeding on April 2, 2014, the following findings of fact are based on representation of counsel:

   1.  The Motion to Modify Plan was filed on April 2, 2014, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, as evidenced by the Certificate of Service filed that same day.

   2.  The last date for filing objections was April 23, 2014, which has passed with no objection to the Motion being served and filed.

   3.  As no objections have been served and filed within the prescribed time period, the motion should be granted.

   Based on the above findings and for other good cause being shown, the following is hereby **ORDERED**:

   1.     Debtor is to be treated as current on her plan payments through March, 2014.

2. Furthermore, Debtor's plan shall be modified to allow surrender of the following described real property to Bank of America, N.A. in satisfaction of Bank of America, N.A.'s allowed secured claim (Claim No. 14).

| | |
|---|---|
| Property Address: | 412 Monroney Dr.<br>Oklahoma City, OK 73110 |
| Legal Description: | Lot Nine (9) of Block Seven (7), in the REPLAT OF PARK ADDITION, a subdivision in Oklahoma County, State of Oklahoma, according to he recorded plat thereof. |

3. Debtor's plan payment shall be $180 per month, and shall remain that way from April 2014, and continuing for the remainder of the plan term, which shall be reduced from 60 months to 36 months.

4. The base of Debtor's plan is to be reduced accordingly so that the plan remains feasible.

5. Debtor's counsel will receive $500.00 for services rendered in this matter, to be paid at the rate of $75.00 per month through the plan pursuant to the Chapter 13 Guidelines and without the necessity of filing a fee application.

###

APPROVED FOR ENTRY

INA PATRICE JONES

By:   /s/ Josh Copeland
        Josh Copeland, OBA #22532
        OBA #22532
        Attorney for Debtor
        Carlson & Copeland, PLLC
        124 East Main Street
        Norman, OK 73069
        (405) 701-1994 office
        (405) 701-1960 fax
        josh@carlsoncopelandlaw.com

CHAPTER 13 TRUSTEE

By:   /s/ Linda Ruschenberg
        Linda Ruschenberg, OBA # 12842
        321 Dean A. McGee Ave.
        P.O. Box 1948
        Oklahoma City, OK 73101-1948
        13trustee@chp13okc.com
        (405) 236-4843
        (405) 236-1004 (fax)
        Attorney for Chapter 13 Trustee